422 A.2d 695

Klein et al. v. Camp Hill Dev. et al., Appellants.

Reargument En Banc Denied Nov. 13, 1979.

Argued March 12, 1979.   Heath L. Allen, for appellant; James W. Evans, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Affirmed.

Aug. 24, 1979.

422 A.2d 695

Commonwealth v. Bostwick, Appellant.

Submitted December 5, 1978.   Jerome T. Foerster, for appellant; Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.